**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Docket No.: 1:25-cv-23889-RAR**

**REUVEN DESSLER and NAOMI DESSLER,**

**Plaintiffs,**

**v.**

**THE TOWERHOUSE CONDOMINIUM, INC.,**

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that REUVEN DESSLER and NAOMI DESSLER, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order entered in this action on July 27, 2026, ECF No. 65, dismissing in part Plaintiffs' First Amended Complaint and from the Order and Final Judgment entered in this action on September 18, 2026, ECF No. 82, dismissing Plaintiffs' Second Amended Complaint.

Dated: October 15, 2026

/s/ Timothy W. Schulz
Timothy W. Schulz
**Timothy W. Schulz, P.A.**
330 Clematis St, Suite 116,
West Palm Beach, FL 33401
(561) 659-1167
(561) 659-1168
schulzt@twslegal.com

Sieglinde K. Rath, (*pro hac vice*)
Roman P. Storzer (*pro hac vice*)
**Storzer & Associates, P.C.**

1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
Tel: (202) 857-9766
Fax: (202) 315-3996
rath@storzerlaw.com
storzer@storzerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2026, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following: Seth M. Amkraut, 2424 North Federal Highway, Suite 462, Boca Raton, FL 33431, samkraut@pbattorneys.com; and Ryan Poliakoff, 2424 North Federal Highway, Suite 462, Boca Raton, FL 33431, rpoliakoff@pbattorneys.com.

/s/ Timothy W. Schulz
Timothy W. Schulz